**N'Kosi Lerone JONES, Petitioner,**

v.

**STATE of Florida, Respondent.**

No. 1D16–2889.

District Court of Appeal of Florida, First District.

Oct. 7, 2016.

Rehearing Denied Nov. 18, 2016.

N'Kosi Lerone Jones, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED as successive. Fla. R. App. P. 9.141(d)(6)(C).

LEWIS, WETHERELL, and JAY, JJ., concur.